674

William L. Patton, appellee, v. Mary Ann Adams, appellant. Gen. No. 8,818.

Heard in this court at the January term, 1934.
Opinion filed April 11, 1934.
Ed. D. Henry, for appellant.  William L. Patton, *pro se*.
Mr. Justice Davis delivered the opinion of the court.

General Motors Acceptance Corporation, appellant, v. Richard Vaughn and Emmett C. Vaughn, appellee.  Gen. No. 8,777.

Heard in this court at the October term, 1933.  Opinion filed April 11, 1934.  Rehearing denied June 7, 1934.
Gunn, Penwell & Lindley and Shurtleff & Niehaus, for appellant. Van Sellar & McClain, for appellee.
Mr. Justice Fulton delivered the opinion of the court.

H. F. Zelle, appellee, v. The Morton State Bank, appellant.  Gen. No. 8,786.

Heard in this court at the October term, 1933.  Opinion filed April 11, 1934.  Rehearing denied June 7, 1934.
Jesse Black, Jr., for appellant; Clarence W. Heyl, of counsel. Herget & Hoffman and Ralph Dempsey, for appellee.
Mr. Justice Fulton delivered the opinion of the court.

Jack T. Reynolds, a minor, by Merle Reynolds, his father and next friend, defendant in error, v. C. O. Wedeberg, trading as "The Medical Clinic" and Adolph Jacob Newman, plaintiffs in error.  Gen. No. 8,795.

Heard in this court at the October term, 1933.  Opinion filed April 11, 1934.
G. G. Ginnaven, for plaintiffs in error.  Doyle, Sampson & Giffin, for defendant in error; A. F. Newkirk and C. Terry Lindner, of counsel.
Mr. Justice Fulton delivered the opinion of the court.